# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **LORENZA AVILA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:24-CV-00242-DII** |
| **METROPOLITAN LIFE** | § | |
| **INSURANCE COMPANY and DELL** | § | |
| **INC.,** | § | |
| *Defendants* | § | |

## O R D E R

The parties filed a Joint Motion for Entry of Agreed Scheduling Order on June 25, 2024. Dkt. 19. The Agreed Proposed Scheduling Order attached to the motion does not contain firm dates for the scheduling deadlines. Dkt. 19-1. The parties must submit to the Court a proposed scheduling order that includes firm dates.

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Robert Pitman's form on or before **July 19, 2024**.

**SIGNED** on July 2, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1